**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION**

| | | |
|---|---|---|
| **ROBERTO CARLOS RUIZ,** *Plaintiff,* | § § § § § § § § § § § § § | |
| **v.** | | **P:25-CV-00047-DC** |
| **DEVON ENERGY CORPORATION, DEVON ENERGY PRODUCTION COMPANY, LP, KRT, INC.,** *Defendants.* | | |

## <u>ORDER</u>

BEFORE THE COURT is the report and recommendation from United States Magistrate Judge David B. Fannin concerning Defendant Devon Energy Corporation's ("DEC") Motion to Dismiss for Lack of Personal Jurisdiction.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his report and recommendation on June 18, 2026.[2]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[3]

---

[1] Doc. 9.
[2] Doc. 14.
[3] Fed. R. Civ. P. 72 advisory committee's note.

Because no party in this case has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** the report and recommendation of the United States Magistrate Judge is **ADOPTED**.[4] DEC's Motion is **GRANTED**.[5] Ruiz's claims against DEC are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

SIGNED this 7th day of July, 2026.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE

---

[4] Doc. 14.
[5] Doc. 9.